ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
LAUREN GIBBS - State Bar No. 251569
lgibbs@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Plaintiff*
*Featherlite, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: Third Party Subpoena of American Suzuki Motor Corporation<br><br>Related to:<br>Featherlite, Inc.<br>                              Plaintiffs,<br>v.<br>Suzuki Motor Corporation,<br>                              Defendant.<br>(Trademark Trial and Appeal Board Case No. 91204120) | Case No. SACV12-cv-01571-CJC-MLG<br><br>**[PROPOSED] ORDER DENYING MOTION OF NON-PARTY AMERICAN SUZUKI MOTOR CORPORATION TO QUASH THRID PARTY SUBPOENA**<br><br>**Hearing Date: October 22, 2012**<br>**Time: 1:30 pm**<br>**Courtroom: 9B** |

1  The Court having considered Non-Party American Suzuki Motor Corporation's
2  ("Suzuki") Motion to Quash Third-Party Subpoena, Plaintiff Featherlite, Inc.'s
3  opposition thereto, and the papers and oral arguments presented by counsel, and good
4  cause appearing therefor:

5  HEREBY ORDERS THAT Suzuki's motion is DENIED in its entirety.

7  DATED: _____   _____
8                                                 The Honorable Marc L. Goldman
                                               United States Magistrate Judge