ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
LAUREN GIBBS - State Bar No. 251569
lgibbs@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Plaintiff*
*Featherlite, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: Third Party Subpoena of American Suzuki Motor Corporation | Case No. SACV12-cv-01571-CJC-MLG |
| Related to:<br>Featherlite, Inc.<br>                    Plaintiffs,<br>v.<br>Suzuki Motor Corporation,<br>                    Defendant.<br>(Trademark Trial and Appeal Board Case No. 91204120) | **DECLARATION OF ERIC R. CHAD IN SUPPORT OF FEATHERLITE, INC.'S OPPOSITION TO MOTION OF NON-PARTY AMERICAN SUZUKI MOTOR CORPORATION TO QUASH THRID PARTY SUBPOENA**<br><br>**Hearing Date: October 22, 2012**<br>**Time: 1:30 pm**<br>**Courtroom: 9B** |

**DECLARATION OF ERIC R. CHAD IN SUPPORT OF**
**OPPOSITION TO MOTION TO QUASH THRIDPARTY SUBPOENA**

780248

# DECLARATION OF ERIC R. CHAD

I, Eric R. Chad, hereby declare as follows:

1. My name is Eric R. Chad, and I am an attorney with the law firm of Merchant & Gould P.C., which represents Featherlite, Inc. ("Featherlite") in this matter and the underlying trademark opposition before the Trademark Trial and Appeal Board.

2. This declaration is filed in support of Featherlite's Opposition to American Suzuki Marine Corporation's (ASMC) Motion to Quash.

3. Attached hereto as Exhibit 1 is a true and correct copy of Notice of Opposition of Trademark Application Serial No. 85/306,915, filed by Featherlite on March 1, 2012.

4. Attached hereto as Exhibit 2 is a true and correct copy of Applicant Suzuki Motor Corporation's ("Suzuki") Responses to Opposer's First Set of Interrogatories, dated July 9, 2012.

5. Attached hereto as Exhibit 3 is a true and correct copy of Suzuki's Responses to Opposer's First Set of Requests for Production.

6. Attached hereto as Exhibit 4 is a true and correct copy of the website appearing at the URL http://www.suzukimarine.com/Contact.aspx, as accessed on September 28, 2012.

7. Attached hereto as Exhibit 5 is a true and correct copy of the website appearing at the URL http://www.suzuki.com/careers, as accessed on September 28, 2012.

8. Attached hereto as Exhibit 6 is a true and correct copy of a letter I sent to Daniel M. Livingston on September 21, 2012.

9. Attached hereto as Exhibit 7 is a true and correct copy of experts of Suzuki's First Supplemental Responses to Opposer's First Set of Interrogatories.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of October, 2012

By: _____

Eric R. Chad